**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6663**

CHARLES DANTE PATTERSON, JR.,

            Plaintiff - Appellant,

        v.

CON MED; WARDEN OF BALTIMORE COUNTY DEPARTMENT OF
CORRECTIONS,

            Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   J.  Frederick Motz, Senior District
Judge. (1:15-cv-03303-JFM)

Submitted: September 29, 2016        Decided: October 4, 2016

Before SHEDD, KEENAN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles Dante Patterson, Jr., Appellant Pro Se.   Eric Matthew
Rigatuso, ECCLESTON & WOLF, PC, Hanover, Maryland; Jordan Vernon
Watts, Jr., BALTIMORE COUNTY OFFICE OF LAW, Towson, Maryland,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Dante Patterson, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Patterson's motion to appoint counsel and affirm for the reasons stated by the district court. Patterson v. Con Med, No. 1:15-cv-03303-JFM (D. Md. Apr. 28, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED